UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE EMBLETON,<br><br>        Plaintiff,<br><br>    v.<br><br>HEALTHCARE CONSULTANCY GROUP, LLC, et al.,<br><br>        Defendants. | Case No. 19-cv-02762-SK<br><br>**CONDITIONAL DISMISSAL**<br><br>Regarding Docket No. 32 |

The parties advise the Court that they have agreed to a settlement of this case in principle and anticipate filing a stipulation for dismissal with prejudice within thirty days. (Dkt. 32.) The Court therefore ORDERS that this case be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within thirty days, with proof of service of a copy thereon on opposing counsel, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this case shall forthwith be restored to the calendar to be set for trial. After thirty days the case will be deemed dismissed with prejudice.

**IT IS SO ORDERED**.

Dated: September 24, 2019

_____
SALLIE KIM
United States Magistrate Judge